GEORGE G. BELDEN, as Administrator de Bonis Non of the Estate of HENRY BELDEN, Deceased, Appellant, *v.* GEORGE L. RECORD, Respondent, Impleaded with Others.

*Belden* v. *Belden*, 150 App. Div. 922, affirmed.
(Argued March 31, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish a trust in certain property.

*Charles L. Craig* and *Augustus Van Wyck* for appellant.

*Frank B. Vermilya* and *Merrit Lane* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.